JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ISRAEL DIAZ ESPINOZA,

      Petitioner,

    v.

MARKWAYNE MULLIN, ET AL.,

      Respondents.

Case No. 5:26-cv-02885-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is DENIED based on lack of jurisdiction.  This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   June 8, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE